```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                  JUL 23 2008

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ERIC PARRISH, | NO. SA CV 08-217-GAF(E) |
| Petitioner, | |
| v. | JUDGMENT |
| BEN CURRY, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: _____7/22_____, 2008.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE